| U.S. Department of Justice<br>Washington, D.C.<br>11/04/2021/ra | | | Criminal Docket |
|---|---|---|---|

| McALLEN Division | | CR. No. **M-21-2138** |
|---|---|---|
| **CRIMINAL INFORMATION** Filed: November 5, 2021 | | Judge: RICARDO H. HINOJOSA |
| County: Hidalgo | | |
| Lions #: **2021R00491** | Attorneys: | |
| UNITED STATES OF AMERICA | JENNIBER B. LOWERY, ACTING U.S. ATTORNEY | |
| v. | ROBERTO LOPEZ, ASST. U.S. ATTORNEY | |
| OMAR X. ROMERO | Cts. 1&2     Thomas McHugh, Ret'd, (210) 227-4662 | |

Charge(s):  Ct. 1:  Travel Act
                    Title 18, United States Code, Section 1952(a)(3)
            Ct. 2:  Bankruptcy Fraud
                    Title 18, United States Code, Section 152(5)

Total Counts
**(2)**

Penalty:  Cts. 1&2:  Imprisonment for not more than 5 yrs. and/or a fine not to exceed $250,000.00 and not more than a 3yr. SRT (as to each count).

Agency:  Federal Bureau of Investigation – Ricardo Ale

Proceedings

Date