UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | Criminal No.  M-21-2138 |
| OMAR X. ROMERO | | |

## WAIVER OF INDICTMENT

I, OMAR X. ROMERO, the above-named Defendant, who is accused of the following: On or about January 19, 2018, in the Southern District of Texas and elsewhere, Defendant, **OMAR X. ROMERO** knowingly and willfully did use and cause to be used a facility in interstate and foreign commerce namely a telephone and a wire, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, namely bribery, contrary to Texas Penal Code § 36.02, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of the above unlawful activity. In violation of Title 18, United States Code, Section 1952(a)(3) and on or about June 25, 2020 through August 21, 2020, in the Southern District of Texas, the Defendant **OMAR X. ROMERO** knowingly and fraudulently received a material amount of property from a debtor after the filing of a case under Title 11 of the United States Code, with the intent to defeat the provisions of Title 11, to wit: defendant received $50,000.00 from the debtor, Hidalgo County Emergency Services Foundation. In violation of Title 18, United States Code, Section 152(5); being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open Court on the 10th day of November, 2021, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Ricardo H. Hinojosa_
Judicial Officer